

FILED
JAMES BONINI

2010 OCT -5 PM 2: 38

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WESTERN DIV DAYTON

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

WILLIAM CHATTAMS, :

        Case No. 3:10cv00291

   Petitioner, :         Case No. 3:09cr00075

vs. :         District Judge Walter Herbert Rice
        Magistrate Judge Sharon L. Ovington

UNITED STATES OF AMERICA, :

   Respondent. :

---

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS FILED ON SEPTEMBER 15, 2010 (Doc. #47); DISMISSING WITHOUT PREJUDICE TO REFILING PETITIONER'S MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 (Doc. #46); AND TERMINATING THE CASE ON THE DOCKET OF THIS COURT**

---

      The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #47), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations. It is therefore **ORDERED** that:

   1.    The Report and Recommendations filed on September 15, 2010 (Doc. #47) is **ADOPTED in full**;

2

2. Petitioner's Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. #46) is **DISMISSED without prejudice to refiling**; and

3. The case is terminated on the docket of this Court.

                                                            Walter Herbert Rice
                                                            United States District Judge